## W. H. BUCHANAN v. CAROLINA STORES, INC.

(Filed 13 May, 1931.)

**Principal and Agent C b—Evidence of actual or apparent authority of agent held sufficient.**

Evidence in this action to recover the price of goods sold and delivered is held sufficient to show that the purchaser's agent had actual or apparent authority to bind his principal in making the purchase.

APPEAL by defendant from *Stack, J.,* at July Term, 1930, of AVERY. No error.

This is an action to recover the contract price of beef sold and delivered by plaintiff to defendant.

From judgment on the verdict that plaintiff recover of defendant the sum of $450.10, and the costs of the action, defendant appealed to the Supreme Court.

*J. W. Ragland for plaintiff.*
*Newland & Townsend and Burke & Burke for defendant.*

PER CURIAM. There was evidence at the trial of this action tending to show that W. H. Tucker, who bought the beef from plaintiff, was at the time the general manager of defendant's store at Elk Park, N. C.; that he bought the beef and issued checks and a due bill for the purchase price as such general manager, and that the beef was bought by the said W. H. Tucker to be sold by the defendant at retail in its stores. The evidence was sufficient to show that W. H. Tucker had actual or at least apparent authority as general manager of defendant's store to buy the beef, and to pay for the same by the checks and due bill signed by him as general manager. *Bobbitt & Co. v. Land Co.,* 191 N. C., 323, 131 S. E., 643.

There was no error in the refusal of the court to allow defendant's motion for judgment as of nonsuit. The judgment is affirmed.

No error.